# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| TENISON XAVIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:20-cv-05183-TLB |
| ) | |
| JEFFERSON & ASSOCIATES and ) | |
| USALLIANCE FEDERAL CREDIT UNION ) | |
| d/b/a USALLIANCE FINANCIAL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AS TO USALLIANCE FEDERAL CREDIT UNION

Plaintiff, TENISON XAVIER, ("Plaintiff"), through his attorney, Michael S. Agruss, informs this Honorable Court that Plaintiff and Defendant, USALLIANCE FEDERAL CREDIT UNION d/b/a USALLIANCE FINANCIAL, only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, USALLIANCE FEDERAL CREDIT UNION d/b/a USALLIANCE FINANCIAL, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,


By: /s/ Michael S. Agruss
Michael S. Agruss
IL State Bar #: 6281600
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on November 5, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss