IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| TENISON XAVIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:20-cv-05183-TLB |
| | ) | |
| JEFFERSON & ASSOCIATES, NGG LLC, | ) | |
| SAM MARQUEZ, an individual, and | ) | |
| MARIA MARQUEZ, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TENISON XAVIER, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants, JEFFERSON & ASSOCIATES, NGG LLC, SAM MARQUEZ and MARIA MARQUEZ, without prejudice.

DATED: January 6, 2021            RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
    Michael S. Agruss
    Agruss Law Firm, LLC
    4809 N. Ravenswood Ave., Suite 419
    Chicago, IL 60640
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                By: /s/ Michael S. Agruss
                     Michael S. Agruss