# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**TENISON XAVIER**                                                                                                    **PLAINTIFF**

vs.                                              NO.  20-5183

**JEFFERSON & ASSOCIATES et al.**                                               **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 7th day of January 2021, the plaintiff herein having filed his Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY:  /s/  S. Cummings
     Deputy Clerk